# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TAMPA BAY SHIPBUILDING &**
**REPAIR COMPANY,**

    **Plaintiff,**

v.                                                          Case No.  **8:06-cv-1047-T-30EAJ**

**M/V FAIRMOUNT FUJI, her engines,**
**boilers, tackle, etc., in rem formerly known**
**as M/V Shin Nichi Maru, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #9).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1047.dismissal 9.wpd

Dockets.Justia.com